UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PHILIP GAGNON,<br><br>       Defendant | Criminal No.  24cr10133<br><br>Violation:<br><br>Count One: Aiming a Laser Pointer at an Aircraft (18 U.S.C. § 39A) |

## INDICTMENT

At all times relevant to this Indictment:

### General Allegations

1. The defendant, Philip Gagnon, was a fifty-eight-year-old resident of Boston, Massachusetts. He resided on the fourth floor of an apartment complex near the Massachusetts General Hospital ("MGH"). The defendant's apartment unit overlooked a flight path commonly used by helicopters landing at MGH.

2. On or about the evening of September 21, 2023, United States Coast Guard Helicopter 6039 was attempting to land at MGH as part of a routine training operation. The helicopter was occupied by four crewmembers, including the pilot.

3. At approximately 8:00 p.m., as Coast Guard Helicopter 6039 approached MGH at an altitude of approximately 400 feet, the defendant pointed a high-powered green laser beam at the helicopter from inside his apartment. The laser beam illuminated the left side of the helicopter and, at times, shone through the helicopter's windows.

4. The pilot and the other crewmembers turned away from the laser, diverted the helicopter away from MGH, flew north for approximately three miles, and landed at another Boston-area hospital.

## COUNT ONE
Aiming a Laser Pointer at an Aircraft
(18 U.S.C. § 39A)

The Grand Jury charges:

5. The Grand Jury realleges and incorporates by reference paragraphs 1 through 4 of this Indictment.

6. On or about September 21, 2023, at Boston, in the District of Massachusetts, the defendant,

PHILIP GAGNON,

did knowingly aim the beam of a laser pointer at an aircraft, namely, United States Coast Guard Helicopter 6039, and at the flight path of said aircraft, in the special jurisdiction of the United States.

All in violation of Title 18, United States Code, Section 39A.

A TRUE BILL.

_____
FOREPERSON

_____
JASON A. CASEY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: May 9, 2024
Returned into the District Court by the Grand Jurors and filed.

_____  05/09/2024
DEPUTY CLERK

2