**Criminal Case Cover Sheet**                                                                 **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** II    **Investigating Agency** USCGIS

**City** Boston    **Related Case Information:**
**County** Suffolk
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**   Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes   ☑ No

**Defendant Name** Philip R. Gagnon    **Juvenile:** ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

**Alias Name:** _____
**Address:** 65 Martha Road, Boston, MA
**Birth date (Yr only):** 1965   **SSN (last 4#):** 7165   **Sex:** M   **Race:** White   **Nationality:** USA

**Defense Counsel if known:** _____   **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information**
**AUSA:** Jason Casey    **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes ☑ No   **List language and/or dialect:** _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment
**Total # of Counts:**    ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 5/9/2024    **Signature of AUSA:** *Jason A. Casey*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Philip R. Gagnon

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 39A | Aiming a Laser Pointer at an Aircraft | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013